

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00375-CV

| | | |
|---|---|---|
| Daryl Wiley, as Next Friend of Mikayla M. Wiley and Thomas F. Wiley, Minor Children, and the Independent Administrator of the Estate of Kiowana Haynes, Deceased, Deborah Harris, Individually, as Next Friend of Kiowana Haynes, Deceased, and Clarence Haynes, Individually, as Next Friend of Kiowana Haynes, Deceased | § | From the 17th District Court |
| | § | of Tarrant County (17-265501-13) |
| | § | March 6, 2014 |
| v. | | |
| Baylor All Saints Medical Center at Fort Worth | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the order of the trial court is reversed and the case is remanded to the trial court for further proceedings.

It is further ordered that Appellees Baylor All Saints Medical Center at Fort Worth shall pay for all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Lee Ann Dauphinot_____
     Justice Lee Ann Dauphinot